

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-21-1995

# United States v King

Precedential or Non-Precedential:

Docket 93-2087

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"United States v King" (1995). *1995 Decisions.* Paper 113.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/113

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES OF AMERICA,

Appellee

v.

JOCKO KING,

Appellant

————————————————————————————————

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Cr. Nos. 92-632-1 and 93-40-08)

————————————————————————————————

Argued:  March 9, 1995

Before: BECKER, SCIRICA, Circuit Judges, and
WOOD, Senior Circuit Judge[298]

(Opinion Filed April 26, 1995)

WILLIAM T. CANNON, ESQUIRE (ARGUED)
25450 PSFS Building
12 South 12th Street
Philadelphia, PA   19107

Attorney for Appellant

MICHAEL R. STILES, ESQUIRE
United States Attorney
WALTER S. BATTY, JR., ESQUIRE
United States Attorney
WILLIAM C. NUGENT, ESQUIRE (ARGUED)
United States Attorney
Room 1250
615 Chestnut Street
Philadelphia, PA

Attorneys for Appellee

————————————————————————

**ORDER AMENDING OPINION**
_____

The opinion in the above-captioned case filed April 26, 1995 is amended as follows:

1.  On page 6, Part III, line 1, replace the word "judge" with the word "court".

2.  On page 6, Part III, line 4, replace the word "required" with the word "contemplated".

3.  On page 6, Part III, line 6, delete the word "Moreover," and replace the word "the" with "The".

                              BY THE COURT:


                              /s/ Edward R. Becker
                                   Circuit Judge

DATED: July 21, l995
_____

[298]The Honorable Harlington Wood, Jr., United States Senior Circuit Judge for the Seventh Circuit, sitting by designation.